# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 17-14998-aih |
| James R. Thorne<br>L. Darlene Thorne<br>  *fka* Darlene Thorne<br>  *fka* Lorena D. Thorne | Chapter 13 |
| Debtors. | Judge Arthur I. Harris |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on September 22, 2020, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Matthew Alden, Debtors' Counsel
malden@lawlh.com

Lauren A. Helbling, Trustee
ch13trustee@ch13cleve.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

James R. Thorne, Debtor
861 West Shore Boulevard
Sheffield Lake, OH 44054

L. Darlene Thorne, Debtor
861 West Shore Bloulevard
Sheffield Lake, OH 44054

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor